# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRIAN RAMIREZ,

        Defendant.

2:12-CR-148 JCM (RJJ)

## ORDER

Presently before the court is defendant Brian Ramirez's unopposed motion to conduct a pre-plea presentence investigation report. (Doc. #11). The attorney for the defendant reports that the government does not oppose this motion. (Doc. #11).

Defendant asserts that a pre-plea presentence report is necessary in this case because there is "some question as to defendant's prior juvenile criminal history." (Doc. #11). Thus, defendant argues that this determination will impact defendant's "sentencing exposure, negotiations, and his decision as to how he should proceed." (Doc. #11).

Good cause appearing, and there being no opposition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Brian Ramirez's unopposed motion to conduct a pre-plea presentence investigation report (doc. #11) be, and the same

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

hereby is, GRANTED. The probation department shall prepare a pre-plea presentence investigation report on defendant Brian Ramirez within 30 days of the entry of this order.

DATED May 9, 2012.

_____
**UNITED STATES DISTRICT JUDGE**